IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **JOSE J. MARICHALAR** | § | **CIVIL ACTION NO.** |
| | § | |
| **Plaintiff,** | § | |
| vs. | § | **7:15-cv-00443** |
| | § | |
| **STATE FARM LLOYDS** | § | |
| | § | |
| **Defendant** | § | **JURY REQUESTED** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), Plaintiff, Jose J. Marichalar, and Defendant State Farm Lloyds, file this Stipulation of Dismissal because all matters in controversy have been resolved between the parties. The parties respectfully request that the Court dismiss this case with prejudice.

**KETTERMAN ROWLAND & WESTLUND**

By: /s/ Perry Dominguez
Robert A. Pollom
State Bar No. 24041703
Perry Dominguez
State Bar No. 24055414
KETTERMAN ROWLAND & WESTLUND
16500 San Pedro, Suite 302
San Antonio, Texas  78232
Telephone:        (210) 490-7402
Facsimile:         (210) 490-8372
**COUNSEL FOR PLAINTIFF,
JOSE J. MARICHALAR**

**JONES, ANDREWS & ORTIZ, P.C.**

By: /s/ Daniel C. Andrews
    Daniel C. Andrews
    State Bar No. 01240940
10100 Reunion Place, Suite 600
San Antonio, TX 78216
Telephone: (210) 344-3900
Facsimile:  (210) 366-4301
**COUNSEL FOR DEFENDANT,
STATE FARM LLOYDS**